LE ROY O. PIEART, Claimant, Appellee, v. WATSON BROS. TRANSPORTATION COMPANY et al., Appellants.

No. 45201.

NOVEMBER 12, 1940.

Havner, Flick & Powers, F. L. Galpin, and Margaret I. Cunningham, for appellees.

Miller, Huebner & Miller and Charles W. Joiner, for appellants.

MITCHELL, J.—This case was submitted on the same record as the case of Towers v. Watson Brothers Transportation Co. et al., 229 Iowa 387, 294 N. W. 594, filed this term, and this case is governed and controlled by that opinion.—Affirmed.

OLIVER, SAGER, HALE, STIGER, and HAMILTON, JJ., concur.

MILLER, J., takes no part.